IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SYLVIA ANN DRISKELL, | |
| Plaintiff, | 8:15-CV-158 |
| vs. | JUDGMENT |
| HOMOSEXUALS, | |
| Defendants. | |

This case is dismissed for the reasons provided in the accompanying Memorandum and Order entered on this date.

Dated this 6th day of May, 2015.

BY THE COURT:

_____
John M. Gerrard
United States District Judge