IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SYLVIA ANN DRISKELL, | 8:15-CV-158 |
| Plaintiff, | |
| vs. | MEMORANDUM AND ORDER |
| HOMOSEXUALS, | |
| Defendants. | |

This matter is before the Court on correspondence received from Patrick A. Wendell, which purports to be an Answer, Counterclaim, and Notice of Appearance Pro Se. The Court declines to file Wendell's correspondence as an answer, counterclaim, or otherwise.

This case was dismissed, and a final judgment entered, on May 6, 2015. Filings 5 and 6. Wendell faxed his materials to the Court on May 7. But this Court's Local Rules do not allow for documents to be filed by fax or e-mail without an order by the Court. *See* NeCivR 5.1(d). Wendell also mailed his submission, which was received on May 11. Either way, Wendell's submission came after the Court had entered judgment and closed this case. The Court is not obligated to file documents received after a case has been closed. *See Miller v. Johnson*, 541 F. Supp. 1165, 1176 (D.D.C. 1982); *see also Wilson v. Robl*, case no. 1:07-CV-46, 2007 WL 2746665, at *4 (W.D. Ky. Sept. 19, 2007).

The Court previously dismissed this case for lack of subject matter jurisdiction. Nothing in Wendell's purported Answer or Counterclaim alters that finding. The Court will not give further effect or consideration to untimely filings in a closed case over which it lacks jurisdiction. Accordingly,

IT IS ORDERED:

1. The Clerk of the Court is directed not to file the materials received from Wendell. The Clerk of the Court is instead directed to return those materials to Wendell at his address of record, along with a copy of this Memorandum and Order.

Dated this 19th day of May, 2015.

BY THE COURT:

_____
John M. Gerrard
United States District Judge