U.S. DISTRICT COURT

111 S. 18ᵀᴴ PLZ. #1152

OMAHA, NE 68102

JUDGE JOHNA GERRARD

CASE: SYLVIA DRISHELL

RECEIVED

JUN 2 5 2015

CLERK
U.S. DISTRICT COURT
OMAHA

RE; DUTY OF JUDGE TO DECIDE OF SINFULNESS....ISSUE AT HAND. MOTION TO REHEAR HER STATEMENTS.

---

**I DISAGREE** with the court. **PROVENTIAL CONGRESS OF MASSACHUSETTS 1774 RESOLVED:** " Resistance to tyranny becomes the Christian and social duty of each individual.....Continue steadfast, and with proper sense of your dependence on God, nobly defend those rights which heaven gave, and no man ought to take from us."

THIS IS A CHRISTIAN NATION, and this Congress states that as fact, and since YOU ARE JUDGING CHRISTIANS AS WELL AS SECULAR PEOPLE, YOU ARE BOUND BY LAW IN AMERICA, AS IT IS THE COMMON LAW, NAMED IN THE FIRST AMENDMENT AS LAW THE FREEDOM OF RELIGION, NOT TO ATHEISTS OR VIOLATORS OF RELIGION, AS STATED, IT IS OUR DUTY TO RESIST.

Samuel Adams, states as the Declaration of Independence was being signed in 1776:

*"We have this day restored the Sovereign to Whom all men ought to be obedient. He reigns in heaven and from the rising to the setting of the sun, let His Kingdom come."*

The original laws of America were founded in the 13 colonies by 55 signers and writers of the Constitution, and then the states each wrote a State Constitution. Here is one Constitution and basically they all follow this outline, as Conneticut was to be the pattern, but have South Carolina:

## CONSTITUITON OF SOUTH CAROLINA: March 19, 1778

Must believe in God – a Protestant, and have paid taxes for six months prior to being elected Senator, a sum equal to taxes on 50 acres to support the government. Oath affirming his qualifications and a Protestant and clear of all debts.

XXI. Pastors are dedicated to the service of God an cure of the souls so no minister while he is a pastor can be in office until 2 years after he serves that function.

## APPOINTMENT: SWEAR ALLIGENCE TO THE STATE AND OFFICE

XXXVIII "That all persons and religious societies who acknowledge that there is a God and a future state of rewards and punishments, and that God is publicly to be worshipped, shall be freely tolerated. The Christian Protestant religion shall be deemed, and is hereby constituted and declared to be, the established religion of the State. That all

denominations of Christian Protestants in this State....shall enjoy equal religious and civil privileges.

When 15 or more men unite for religious purposes they are a church esteemed and regarded in law as the religion of the state and with a petition can incorporate and establishes:

1) There is one God.
2) God is publicly to be worshipped
3) Christian religion is true religion
4) Holy scriptures of the Old and New Testament are of DIVINE INSPIRATION
5) That it is lawful and the duty of every man being therewith called by those who govern, to bear witness to the truth

> EACH MEMBER, before he takes his seat, shall make and subscribe the following:
>
> "I do believe in one God, the creator and governor of the universe, the rewarder of the good and the punisher of the wicked. And I do acknowledge the Scriptures of the Old and New Testament to be given by Divine Inspiration".

*Samuel Adams was known as the Father of the American Revolution, signed the Declaration of Independence, drafted the Massachusetts Constitution, was Lt. Governor and later Governor, and set the RIGHTS OF FREEDOM AS THE GIFT FROM THE ALMIGHTY...rights of the colonists as Christians and the Law Giver, and not the SAMUEL ADAMS of the beer commercials that do not share the thoughts, as he states:*

*"A general dissolution of principles and manners will more surely overthrow the liberties of America that the whole force of the common enemy. While the people are virtuous they cannot be subdued; but when they lose their virtue they will be ready to surrender their liberties ...If virtue and knowledge are diffused amoung the people, they will never be enslaved....Neither the wisest constitution nor the wisest laws will secure the liberty and happiness of a people whose manners are universally corrupt.....the truest friend of liberty of his country ...one who promotes its virtue."*

**UNITED STATES SUPREME COURT: 1963** *"Secularism is unconstitutional...preferring those who do not believe over those who do believe...It is the duty of government to deter no-belief religions....Facilities of government cannot offend religious principles... The State may not establish a 'religion of secularism' in the sense of affirmatively opposing or showing hostility to religion, thus preferring those who believe in no religion over those who do believe."*

**ALABAMA COURTS 1983:** *IN THE CASE OF Jaffree v. Board of School Commissioners of Mobile County, clarified the original meaning of the FIRST AMENDMENT:*

*" The real object of the 1ˢᵗ Amendment was not to countenance, much less to advance Mohammedanism, or Judaism,or infidelity, by prostrating Christianity, BUT TO EXCLUDE ALL RIVALRY AMONG CHRISTIAN SECTS AND TO PREVENT ANY NATIONAL ECCLESIASTICAL PATRONAGE OF THE NATIONAL GOVERNMENT."*

**JAMES MADISON:** *Lawyer, Legislator, author and promoter of the Bill of Rights, Chief Architect of the Constitution states:* **Religion is the basis and Foundation of Government."**

All this means you are to decide sinfulness, and this is a Christian Nation, and the First Amendment is not about any separation which is not ever mentioned, as all the

Signers were Christian and most were Ministers, and George Washington was very pious, and all extremely educated men who knew the Bible, studied the law and many were lawyers and served this country well. It was a New Nation under God, and these facts have been hiden from all of us.

George Washington in his farewell address states all sorts of religious facts, but since we cannot mention religion in school, as it is an embarrassment to the ears of atheists to hear about AMERICA, we are not allowed to know OUR HISTORY....ABSURD AS THAT IS, WE ARE A CHRISTIAN NATION, AND WE CAN'T KNOW OUR HISTORY, WHICH IS DISCRIMINATION, A FACT. WASHINGTON WAS BEYOND CHRISTIAN, HE WAS EXTREMELY DEVOUT AND IN CONSTANT PRAYER AND THE FATHER OF AMERICA. SURELY WE CAN HEAR ABOUT HIS FASTING, PRAYER LIFE AND DEVOTION TO GOD.

This is one part of a long religious speech by Washington: "Let it simply be asked where is the security for prosperity, for reputation, for life, if the sense of religious obligation desert the oaths, which are the instruments of INVESTIGATION IN THE COURTS OF JUSTICE?"

"Whatever may be conceded to the influence of refined education on minds of peculiar structure, reason and experience both forbid us to expect that national morality can prevail in exclusion of religious principles"

<u>CONSTITUTION OF THE STATE OF PENNSYLVANIA stated:</u>   We, the people of Pennsylvania, grateful to Almighty God for the blessings of civil and religious liberty and humbly invoking His guidance, do ordain and establish this Constitution...."

Frame of Government, Section 10.  And each member, before he takes his seat, shall make and subscribe the following declaration, viz: "I do believe in one God, the Creator and Governour of the universe, the rewarder of the good and punisher of the wicked, and I do acknowledge the Scriptures of the Old and New Testament to be given by Divine Inspiration."_____

_____

# George Washington Farewell Address....1796

"Of all the dispositions and habits which lead to political prosperity religion and morality are indispensable supports, In vain would that man claim the tribute of patriotism, whos should labor to subvert these great pillars of human happiness, these firmest props of the duties of men and citizens. The mere politician, equally with the piousness, ought to respect and to cherish them. Let it swimply be asked, WHEN IS THE SECURITY FOR PROPERTY, REPUTATION, FOR LIFE IF THE SENSE OF RELIGIOUS OBLIGATION ABSENT FROM THE OATHS WHICH ARE THE INSTRUMENTS OF INVESTIGATION IN COURTS OF JUSTICE? And let us with caution indulge the supposition that morality can be maintained without religion,."

"It is substantially true that virtue or morality is a necessary spring of popular government...."...."public opinion should be enlightened."

"Observe good faith and justice towards all nations; cultivate peace and harmony with all. Religion and morality enjoin this conduct and can it be, that good policy does not equaly enjoin it?

## CONSTITUTION OF SOUTH CAROLINA (EXCERPTS)

(All the colonies put religion into their State Constituions, and prayer was a daily part of Congress and those in office. Go on line and look up history, but don't read what the commentators said, read what was actually written)

Each member, before he takes his seat shall make and subscribe the following: "I do believe in one God the Creator and governor of the Universe, the Steward of the good and the punisher of the wicked. And I do acknowledge the Scriptures of the Old and New Testament to be given by Divine Inspiration.

To be in office these are requirements:

. Must believe in God

. a Protestant

.Paid taxes for at least 6 months prior to being elected Senator of a sum equal to taxes on 50 acres to support the government.

. Oath affirming these qualifications and a Protestant with no debts.

**XXI:** Pastors are dedicated to the service of God and cure of the souls, so no minister to be in office while he is a Pastor and must wait 2 years after he serves that function

(There was no separation of church and state, as Christians required you to be a Christian to be in office in order to take the OATHS THAT YOU BELIEVED IN GOD....)

**XXXVIII:** "That all persons and religious societies who acknowledge that there is a God and a future state of rewards and punishments, and that God is publickly TO BE WORSHIPPED, SHALL BE FREELY TOLERATED. The Christian Prostestant religion shall be deemed, and is hereby constituted and declared to be the established church of the state. That all denominations of Christians Protestants in this State...shall enjoy equal religious and civil privileges.

---

When 15 or more men unite for religious purposes they are a church esteemed and regarded in law as the religion of the State and with a petition can incorporate and establishes

1) There is One God  2) God is publicly to be worshipped  3) Christian religion is true religion  4) Holy scriptures of the Old and New Testaments are of Divine Inspiration  5) That it is lawful and the duty of every man being called by those who govern TO BEAR WITNESS TO THE TRUTH.
   March 19, 1778.

## Constitution of the State of Tennessee 1796

Article VIII, Section II. No person who denies the being of God or a future state of reward and punishments, shall hold any office in the civil department of this State.

---

1798 **THOMAS JEFFERSON** stated: "No power over the freedom of religion is delegated to the United Sates by the Constitution

# CONGRESS ENACTED NUMEROUS PRAYER AND FASTING DATES FOR ALL THE COLONIES, CALLED DAYS OF THANKSGIVING FOR WHAT THE LORD HAD DONE FOR AMERICA. THERE NEVER WAS A SEPARATION OF CHURCH AND STATE, AS FOLLOWS:

**Continental Congress, July 9, 1776:** *After reading the Declaration of Independence in Philadephia and ringing the Liberty Bell it was moved to establish prayer as a daily part of this new nation.*

**Continental Congress, July 9, 1776:** *Authorized the army to provide Chaplains for their troops and General George Washington, Commander-in-Chief, issued the order to appoint a Chaplain to every regiment.*

*Washington's first order, "Every officer and man...is to live and act as becomes a Christian Soldier, defending the dearest rights and liberties of his country."*

**The Chaplain of Congress,** Patrick Alison, had Congress order 20,000 Bibles from other countries because of the shortages from the Revolution and approved by Congress September 11, 1777.

**Continental Congress, November 1, 1777:** *Issued the* FIRST NATIONAL PROCLAMATION OF THANKSGIVING, *extending to all the colonies for the Victory at Saratoga, to acknowledge to Almighty God their gratitude for the benefits received for unalienable rights and liberties and the legislation to set apart Thursday, the 18th day of the next December for solemn thanksgiving and praise and the people to consecrate themselves to the service of their DIVINE Benefactor, to pledge schools and seminaries for education, to cultivate true liberty, <u>virtue, and piety under God's nurturing hand and prosper the means of religion.</u>*

**Continental Congress October 18, 1780:** *issued a Proclamation for a Day of PUBLIC THANKSGIVING AND PRAYER after finding that Benedict Arnold had a plot to betray General George Washington and his troops to the British. They called upon Almighty God to bestow blessings on the people and called for devout and thankful acknowledgements for HIS watchful providence to rescue Washington and his army.* **A day of fasting and prayer was issued.**

<u>Continental Congress, September 10, 1782:</u> *a new need for Bibles arose and Congress granted approval to print an edition of the Scriptures for the <u>use in schools......"That the United States in Congress assembled...recommended this edition of the Bible to the inhabitants of the United States of America."</u>*

All 55 signers were members of Christian denominations, except Dr. Franklin who attended all religion and contributed to ALL OF THEM.

<u>Congress in the Inauguration of George Washington as President, April 12, 1789:</u> *Congress gave the direction after the oath of office, the House and Senate to go to St. Paul's Chapel for DEVINE SERVICE performed by the Chaplain of Congress.*

<u>Congress of the United States, May 1, 1789:</u> *approved by the House of Representatives to elect Rev. Linn as Chaplain to be paid $500.00 from the Federal Treasury. Rev. Provost was elected Chaplain for the Senant and to open each session with prayer.*

<u>Congress for the territories:</u> *Territories seeking statehood passed the NORTHWEST ORDIANCE, August 4, 1789:* **"Article III: religion, morality and education being necessary for good government...shall forever be encouraged".**

<u>KENTUCKY RESOLUTION: 1798:</u> *"No power over the freedom of religion is delegated to the United States by the Constitution." (Kentucky, along with all the States proclaimed days of fasts and prayers.)*

<u>JOHN HANCOCK, April 15, 1775:</u> *The Provincial Congress of Massachusetts declared: A Day of Public Humiliation, Fasting and Prayers, signed by the PRESIDENT OF THE PROVENCIAL CONGRESS, JOHN HANCOCK. He asks for God's Blessings and for the people to confess their sins and ask Forgiveness of their Transgressions and for America and to be a Place in Heaven.*

<u>John Hancock, November 8, 1783,</u> *Governor from Boston, Massachusetts, issued a PROCLAMATION FOR A DAY OF THANKSGIVING: to celebrate a victorious conclusion of the Revolutionary War and for favor graciously manifested and the citizens now have reason for Praise and Gratitude to the God of their salvation. Appointed Thursday the 11th day of December, also recommended by Congress to all the States to be religiously observed as a DAY OF*

*THANKSGIVING AND PRAYER, and to offer SUPPLICATIONS...TO CAUSE PURE RELIGION AND VIRTUE TO FLOURSIH AND FILL THE WORLD WITH HIS GLORY.*

*ETC.*

*General George Washington put out a soldier that was found in his army doing sodomy. Washington prayed every day, fasted and has his troops fast and pray, and God did many miracles with Washington, and we won the Revolution, as this was about Jesus being King in America, and therefore the money was coined "IN GOD WE TRUST", AND THE SONG "GOD BLESS AMERICA".*

*We believe that America is violated by porn, filthy movies, and lusts that are unnatural that cause molestations and domestic violence, greed, and failure of this government, as our children are beaten to death after they are molested, and THE FOUNDING FATHERS BASED THE GOVERNMENT UPON RELIGION THAT FOLLOWED THE BIBLE.*

*Bible quotes regarding gays & lesbians*

1223    22-32    ROMANS 2:1

have a prosperous journey by the will of God to come unto you. *last*

11 For I long to see you, that <sup>R</sup>I may impart unto you some spiritual gift, to the end ye may be established;    15:29

12 That is, that I may be <sup>T</sup>comforted together with you by <sup>R</sup>the mutual faith both of you and me.    *encouraged* · Titus 1:4

13 Now I would not have you ignorant, brethren, that oftentimes I purposed to come unto you, (but was <sup>T</sup>let hitherto,) that I might have some <sup>R</sup>fruit among you also, even as among other Gentiles.    *hindered* · Phil. 4:17

14 I am debtor both to the Greeks, and to the Barbarians; both to the wise, and to the unwise.

15 So, as much as in me is, I am ready to preach the gospel to you that are at Rome also.

16 For I am not ashamed of the gospel of Christ: for it is the power of God unto salvation to every one that believeth; to the Jew first, and also to the Greek.

17 For therein is the righteousness of God revealed from faith to faith: as it is written, <sup>R</sup>The just shall live by faith.    Hab. 2:4; Gal. 3:11

18 <sup>R</sup>For the wrath of God is revealed from heaven against all ungodliness and unrighteousness of men, who <sup>T</sup>hold the truth in unrighteousness;    [Acts 17:30] · *suppress*

19 Because <sup>R</sup>that which may be known of God is manifest in them; for <sup>R</sup>God hath shewed *it* unto them.    [Acts 14:17; 17:24] · [John 1:9]

20 For <sup>R</sup>the invisible things of him from the creation of the world are clearly seen, being understood by the things that are made, *even* his eternal power and Godhead; so that they are without excuse:    Job 12:7–9; Ps. 19:1–6; Jer. 5:22

21 Because that, when they knew God, they glorified *him* not as God, neither were thankful; but <sup>R</sup>became vain in their imaginations, and their foolish heart was darkened.    2 Kin. 17:15; Jer. 2:5; Eph. 4:17

➤ 22 <sup>R</sup>Professing themselves to be wise, they became fools,    [1 Cor. 1:20]

23 And changed the glory of the <sup>R</sup>uncorruptible God into an image made like to corruptible man, and to birds, and fourfooted beasts, and creeping things.    1 Tim. 1:17

24 Wherefore God also gave them up to uncleanness through the lusts of their own hearts, to dishonour their own bodies <sup>R</sup>between themselves:    Lev. 18:22

25 Who changed the truth of God <sup>R</sup>into a lie, and worshipped and served the creature more than the Creator, who is blessed for ever. A-men'.    Is. 44:20; Jer. 10:14

26 For this cause God gave them up unto <sup>R</sup>vile affections: for even their women did change the natural use into that which is against nature:    Lev. 18:22; Eph. 5:12

27 And likewise also the men, leaving the natural use of the woman, burned in their lust one toward another; men with men working that which is <sup>T</sup>unseemly, and receiving in themselves that <sup>T</sup>recompence of their error which was <sup>T</sup>meet.    *shameful* · *penalty* · *due*

28 And even as they did not like to retain God in *their* knowledge, God gave them over to a <sup>T</sup>reprobate mind, to do those things which are not convenient;    *debased*

29 Being filled with all unrighteousness, fornication, wickedness, covetousness, maliciousness; full of envy, murder, debate, deceit, malignity; whisperers,

30 Backbiters, haters of God, <sup>T</sup>despiteful, proud, boasters, inventors of evil things, disobedient to parents,    *violent*

31 Without understanding, covenantbreakers, without natural affection, <sup>T</sup>implacable, unmerciful:    *unforgiving*

➤ 32 Who <sup>R</sup>knowing the <sup>T</sup>judgment of God, that they which commit such things <sup>R</sup>are worthy of death, not only do the same, but have pleasure in them that do them.    [2:2] · *righteous judgment* · [6:21]

2 Therefore thou art <sup>R</sup>inexcusable, O man, whosoever thou

## LAWS OF GOD:

IF WE DO NOT OBEY THE LORD, HE BRINGS DISEASES UPON MAN, AND AMERICA IS ONE OF THE SICKEST NATIONS IN THE WORLD. DISOBEDIENCE FOR NOT OBEYING HIS LAWS, AS THIS WORLD BELONGS TO GOD.

ADDITIONALLY, THE FIRE, WIND, RAIN, STORM, HEAT, COLD, SNOW, AND ALL THE EARTH BELONG TO GOD, SO WHEN WE TRY TO CORRECT THE WATER SHORTAGES OR HEAT OR HURRICANES, WE FIRST ARE TO LOOK TO GOD......HAIL IS A PUNISHMENT ALONG WITH DISASTERS....

HIV/AID S IS A STRONG CLUE AGAINST GAY AND LESBIANS.

WE NOW HAVE EVERY DISEASE AND ADDING MORE ALL THE TIME FOR DISOBEDIENCE.

SOME DISEASES ARE FROM THE LORD FOR US TO SEE WHAT PAIN AND HARDSHIP ARE ABOUT, TO UNDERSTAND HIS LAWS, BUT IN ALL CASES WE ARE TO LEARN.

IN ANY CASE, IN AMERICA YOU ARE TO RULE ACCORDING TO CHRISTIAN VALUES AND ACCORDING TO THE BIBLE....ONE MUST BE WISE IN AMERICA TO RULE AND TO HONESTLY HELP AMERICA AND TO HONESTLY HELP IT'S PEOPLE. TO LOVE OUR NEIGHBOR IS TO HELP THEM UNDERSTAND LAWS OF THE UNIVERSE, TO HELP THEM SHOULD THEY DECIDE TO WANT TO GO TO HEAVEN KNOW AND AT LEAST READ THE BIBLE AND HEAR THE LAWS OF GOD AND THE UNIVERSE, AS IF YOU WILLINGLY CHOOSE TO FOLLOW SATANIC VALUES, PERHAPS OTHERS SHOULD KNOW THE DIFFERENCE TO CHOOSE, NOT ALL WANT TO BE AWAY FROM GOD FOREVER, OR DESTROY THIS COUNTRY. IT SHOULD BE A CHOICE AND RELIGION ISN'T FOLLOWED BY ALL CHRISTIANS EITHER, BUT WE HAVE A CHOICE......FREEDOM OF CHOICE.

Envelope scan. Return address (handwritten): Timothy A. Murillo(?), P.O. Box 118, Tecumseh, AZ(?). Addressed to: U.S. District Court, Judge John Gerrard, 111 S. 18th Plaza, Omaha, NE 68102. USPS Pitney Bowes postage $002.30, JUN 19 2015, mailed from ZIP code 85375. "RECEIVED JUN 25 2015 U.S. DISTRICT COURT" stamp.