IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SYLVIA ANN DRISKELL, | 8:15-CV-158 |
| Plaintiff, | |
| vs. | MEMORANDUM AND ORDER |
| HOMOSEXUALS, | |
| Defendants. | |

This matter is before the Court on correspondence received from S. Martew,[1] which purports to be a motion for rehearing. Filing 8. Due to an administrative error, this correspondence was filed as a motion. The correspondence should not have been filed in the first place, and the motion will be stricken.

This case was dismissed, and a final judgment entered, on May 6, 2015. Filings 5 and 6. The Court received Martew's submission on June 25, 2015. The submission thus arrived after the Court had entered judgment and closed this case. The Court is not obligated to file documents received after a case has been closed. *See Miller v. Johnson*, 541 F. Supp. 1165, 1176 (D.D.C. 1982); *see also Wilson v. Robl*, case no. 1:07-CV-46, 2007 WL 2746665, at *4 (W.D. Ky. Sept. 19, 2007).

The Court previously dismissed this case for lack of subject matter jurisdiction. Nothing in Martew's purported motion for rehearing alters that finding. The Court will not give further effect or consideration to untimely filings in a closed case over which it lacks jurisdiction. Accordingly,

IT IS ORDERED:

1. The Clerk of the Court is directed to strike Martew's motion (filing 8). The Clerk of the Court is directed to mail a copy of this order to Martew at his or her address of record.

Dated this 27th day of July, 2015.

BY THE COURT;

John M. Gerrard
United States District Judge

---

[1] The correspondent did not sign his or her submission and so the Court has been left to decipher his or her name from the back of an envelope. It might also be "S. Marten."